IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-343-D
No. 5:21-CV-424-D

| | | |
|---|---|---|
| KEVIN TERRELL BARKSDALE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons explained by the United States, and for good cause shown, the Court hereby ORDERS that the parties are excused from complying with Local Civil Rule 56.1(a), E.D.N.C., and are permitted to brief the United States' motion for summary judgment without providing a separate statement of material facts and supporting appendix.

SO ORDERED this __18__ day of ~~November, 2021~~. January 2022.

JAMES C. DEVER III
United States District Judge